**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,     )
                                   )
           Plaintiff,     )
                                   )
        vs.           )     **CRIMINAL NO. 12-CR-30111-DRH**
                                   )
HECTOR SALAZAR-GOMEZ,     )
                                   )
          Defendant.     )

## <u>ORDER</u>

**HERNDON, Chief Judge:**

Before the Court is the United States of America's motion to dismiss count 2 of the Indictment (Doc. 17). For the reasons stated in the motion, the Court grants the motion and hereby dismisses with prejudice count 2 of the Indictment as to defendant.

     **IT IS SO ORDERED.**

     **Signed this 17th day of May 2012.**

Digitally signed by
David R. Herndon
Date: 2012.05.17
10:30:46 -05'00'

                                          **Chief Judge**
                                        **United States District Court**